MERCANTILE NAT. BANK OF CITY OF NEW YORK, Respondent, v. HEINZE, Appellant (two cases). (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by the Mercantile National Bank of the City of New York against Fritz A. Heinze. C. J. Heermance, for appellant. H. H. Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MERCANTILE NAT. BANK OF CITY OF NEW YORK v. HEINZE. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by the Mercantile National Bank of the City of New York against Fritz A. Heinze. No opinion. Motion denied, with $10 costs. Order filed.

MERCANTILE TRUST CO. v. GIMBERNAT. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by the Mercantile Trust Company against Jules R. Gimbernat. B. N. Cardozo, for appellant. H. Eckhard, for respondent. No opinion. Motion denied, without costs. Settle order on notice. See, also, 128 N. Y. Supp. 751.

MERRITT & CHAPMAN DERRICK & WRECKING CO., Respondent, v. TERRY & TENCH CO., Appellant. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by the Merritt & Chapman Derrick & Wrecking Company against the Terry & Tench Company. C. C. Marsh, for appellant. J. J. Martin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

METH v. BUTLER & HERRMAN CO. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Jacob Meth against the Butler & Herrman Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 126 N. Y. Supp. 656.

MIANO, Appellant, v. EMPIRE STATE SURETY CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Giuseppe Miano against the Empire State Surety Company and another. PER CURIAM. Order affirmed on argument, with $10 costs and disbursements, on authority of Muratore v. Pirkl, 109 App. Div. 146, 95 N. Y. Supp. 855. BURR, J., taking no part.

MIDDLETON, Respondent, v. NEW YORK ELECTRIC LINES CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Clifford L. Middleton against the New York Electric Lines Company and others. PER CURIAM. Without passing upon the merits of the controversy, the order continuing the injunction pendente lite is affirmed on argument, with $10 costs and disbursements, on

condition that the plaintiff be ready for trial whenever the case is moved for trial by the defendants, with the privilege, also, of moving for the trial thereof on his part. See Heim v. New York Stock Exchange, 138 App. Div. 96, 122 N. Y. Supp. 872, and authorities cited. RICH, J., taking no part.

MILLER, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Almira Miller against Grace E. Miller. No opinion. Judgment affirmed, with costs. See, also, 140 App. Div. 939, 125 N. Y. Supp. 1132.

MILLERICK, Appellant, v. WING et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Francis Millerick, an infant, by Johanna Millerick, his guardian, against Albert J. Wing and another. PER CURIAM. Judgment affirmed, with costs, on opinion on former appeal. 133 App. Div. 453, 117 N. Y. Supp. 1070. BETTS, J., dissents.

MILLION, Appellant, v. NORTH SIDE BANK OF BROOKLYN, Respondent. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Josef Million against the North Side Bank of Brooklyn. No opinion. Judgment of the Municipal Court affirmed, with costs.

MONARCH TYPEWRITER CO., Respondent, v. HICKS, Appellant. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by the Monarch Typewriter Company against Alice M. Hicks. D. A. Spellissy, for appellant. W. E. Gowdey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re MOORE'S WILL. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) In the matter of the probate of the last will and testament of Mary E. Moore, deceased. No opinion. Order (66 Misc. Rep. 116, 122 N. Y. Supp. 828) affirmed, with costs. See, also, 140 App. Div. 943, 125 N. Y. Supp. 1132.

MORRELL v. SKENE. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Robert L. Morrell, as chairman, etc., against Frederick Skene. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 64 Misc. Rep. 185, 119 N. Y. Supp. 28.

MOTT, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Action by Bessie Mott against Adrian H. Joline and another. B. H. Ames, for appellants. D. R. Almy, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.